# United States Court of Appeals
## For the First Circuit

---

No. 01-1466

SCOTT BRACKETT,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

---

**ERRATA SHEET**

The opinion of this court, issued October 31, 2001, should be amended as follows:

On page 11, line 22, the text "(2001)" is deleted.

On page 21, footnote 6, line 1, a superscript number "6" is inserted at the beginning of the footnote.

On page 22, line 5, the period after "tolling" is deleted.